**Opinion issued October 13, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00570-CV

———————————

### IN RE WEATHERFORD INTERNATIONAL, LLC
### AND WEATHERFORD SERVICES, LTD., Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators, Weatherford International, LLC and Weatherford Services, Ltd.,

filed a petition for writ of mandamus challenging the trial court's order denying their

motion to dismiss wrongful-death claims in the underlying case for forum non

conveniens.[1] We deny the petition and lift the stay imposed by our January 13, 2022 order.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.

---

[1] The underlying case is *Weatherford International, LLC and Weatherford Services, Ltd. v. Tarryn Julia Jensol Milne, Individually and as Personal Representative of the Estate of Kevin J. Milne, Deceased, and Rowan R. Milne and Findlay T. Milne*, cause number 2020-16388, pending in the 11th District Court of Harris County, Texas, the Honorable Kristen Brauchle Hawkins presiding.